# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00590-CV

## In re Tom Mitchell and Susan Mitchell

## ORIGINAL PROCEEDING FROM BURNET COUNTY

## M E M O R A N D U M   O P I N I O N

Relators and real party in interest have filed an agreed motion requesting that this original proceeding be dismissed. We grant the motion and dismiss this original proceeding. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: January 14, 2021